IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _PMG_
05 MAY 12 PM 3:05

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

vs.   CR. NO. 05-20101 MlP

Larry Jones aka Larry Thomas
          Defendant

================================================================
ORDER ON ARRAIGNMENT
================================================================

This cause came on to be heard on _May 12, 2005_.
The United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

Name _Sheila Brown (CJA)_

(retained)(**appointed**)

Address _____

Telephone _____

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a district judge, such period is extended.

____ The defendant, who is not in custody, may stand on his/her present bond.

_✓_ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_Diane K. Vescovo_
United States Magistrate Judge

Charge(s): _____

Assistant U. S. Attorney: _Stephen Hall_
Defendant's Age: _32_
Rule 32 (was) (was not) waived.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _5-16-05_

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20101 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT