IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        NO: 2:05-20101 M1

LARRY JONES,
    A/k/a Larry Thomas,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION FOR REDUCTION OF BOND

Before this Court is defendant's motion for a reduction of his bond from Ten Thousand Dollars ($10,000) to Five Thousand Dollars ($5,000). The Court having found good cause therefor, herewith Orders that:

Defendant's bond is reduced from Ten Thousand Dollars ($10,000) to Five Thousand Dollars ($5,000).

**IT IS SO ORDERED** this ___18___ day of ___July___, 2005.

                                                          JON PHIPPS McCALLA
                                                          UNITED STATES DISTRICT JUDGE

FILED IN OPEN COURT
DATE: 7/18/05
TIME: 4:55 pm
INITIALS: JPN

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___7-19-05___



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20101 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Honorable Jon McCalla
US DISTRICT COURT